B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Deborah Balharan-Beadle f/k/a Deborah Davis | **DEFENDANTS**<br>U.S. Department of Education |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Pro Se | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Complaint to determine dischargeability of student loan debt.<br>11 U.S.C. §523(a)(8) | |

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

*[FILED stamp: U.S. BANKRUPTCY COURT 2026 FEB -4 A 11:52]*

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 256,428.25 |

Other Relief Sought

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR Deborah D. Balharan-Beadle F/K/a Deborah Davis | BANKRUPTCY CASE NO. 26-10211-djb ||
| DISTRICT IN WHICH CASE IS PENDING Eastern District of Pennsylvania | DIVISION OFFICE Philadelphia | NAME OF JUDGE Derek J. Baker |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) *[signature]* |||
| DATE 2/4/2026 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Deborah D. Balharan-Beadle ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Deborah D. Balkaran-Beadle f/k/a Deborah Davis** Debtor. **Deborah D. Balkaran-Beadle f/k/a Deborah Davis** Plaintiff, v. **U.S. DEPARTMENT OF EDUCATION**, Defendant.

**Case No:** 26-10211-djb **Adversary No:**

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS**

1. This is an action under 11 U.S.C. § 523(a)(8) to determine the dischargeability of Plaintiff's federal student loan debt.
2. Plaintiff filed a voluntary petition under Chapter 7 of the Bankruptcy Code on January 19, 2026
3. Plaintiff is the obligor on federal student loans held by the U.S. Department of Education with an approximate balance of $256,428.25
4. Plaintiff notes for the record that these federal student loans are listed under her former/maiden name, Deborah Davis.
5. Plaintiff is currently unemployed and has been since July 2025. Despite active efforts to secure employment, Plaintiff has remained unable to find work.
6. Plaintiff is a single parent supporting three (3) children.
7. Plaintiff's current monthly household expenses are approximately **$12,000**. Plaintiff currently receives $593 per week in unemployment benefits; however, these benefits are scheduled to expire in five (5) weeks, leaving the Plaintiff with $0 in monthly income to support herself and her three children.
8. Based on the IRS National Standards for a household of four, Plaintiff's necessary expenses for basic human needs (food, clothing, housing, and utilities) exceed Plaintiff's ability to pay.
9. Requiring Plaintiff to repay these loans would impose an "undue hardship" on Plaintiff and Plaintiff's dependents.
10. Plaintiff has acted in good faith regarding these loans but is currently in a state of financial distress that is likely to persist for a significant portion of the repayment period.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an order declaring Plaintiff's student loan debt discharged and providing such other relief as is just and proper.

Respectfully submitted,

*/s/ DBB*

**Deborah D. Balkaran-Beadle f/k/a Deborah Davis**
123 Harrogate Rd.,
Wynnewood, PA 19096
302-275-0454

*FILED U.S. BANKRUPTCY COURT 2026 FEB -4 A 11:52*