UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Deborah D. Balkaran-Beadle f/k/a Deborah Davis, Debtor. Deborah D. Balkaran-Beadle f/k/a Deborah Davis, Plaintiff, v. U.S. DEPARTMENT OF EDUCATION, Defendant.

Case No: 26-10211-djb Adversary No: 26-107



## CERTIFICATE OF SERVICE

I, Deborah D. Balkaran-Beadle, hereby certify that on this day, February 4, 2026, I served a true and correct copy of the Summons and Complaint to Determine Dischargeability of Student Loans upon the following parties via Certified Mail, Return Receipt Requested:

1. U.S. Attorney's Office (EDPA) Attn: Civil Process Clerk 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 Certified Mail: 9589 0710 5270 2704 0755 58

2. Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, NW, Washington, DC 20530 Certified Mail: 9589 0710 5270 2704 0755 41

3. U.S. Department of Education Office of General Counsel 400 Maryland Avenue, SW, Washington, DC 20202 Certified Mail: 9589 0710 5270 2704 0755 34

I certify under penalty of perjury that the foregoing is true and correct.

Date: 2/4/26    Signature: /s/ DBB

123 Harrogate Rd., Wynnewood, PA 19096